

# J CLARK
## & ASSOCIATES
### ATTORNEYS AT LAW

jclark@jclarkassociates.com
*Reply to: MONTCLAIR*

<u>Via Facsimile</u>

March 7, 2011



Hon. Victor Marrero, U.S.D.J.
United States Courthouse
Chambers Suite 660
500 Pearl St.
New York, NY 10007-1312



Re:   The Louis Berger Group, Inc. v. State Bank of India
      Docket No.: 1:11-CV-00410-VN

Dear Judge Marrero:

This office represents plaintiff, The Louis Berger Group, Inc. ("LBG"), in the above referenced action. On February 28, 2011, Your Honor entered an Order that required the parties to confer and to submit a proposed briefing schedule regarding: (1) whether PCL should be permitted to intervene in this matter, and (2) whether this matter should be stayed pending final resolution of (a) a pending proceeding in the City Civil Court of Hyderabad, India involving PCL, LBG and SBI-NY and/or (b) an arbitration proceeding in New Jersey involving PCL and LBG.

The parties have conferred and submit the following proposed schedule:

   (1)   March 18, 2100 - Supporting papers in support of the Motion to Intervene and for a Stay shall be submitted.
   (2)   April 1, 2011 - Opposition and/or Cross-Motions, if any, shall be filed.
   (3)   April 15, 2011 - Replies, if any, shall be filed.

LBG has indicated that it may file a cross-motion for summary judgment. PCL has indicated that it objects to the filing of a cross-motion for summary judgment by LBG, believing that such a motion is premature not yet contemplated by the Court. In the event that the Court allows LBG to proceed with a summary judgment motion at this time, PCL will require additional time to answer such a motion. The proposed Scheduling Order does not address deadlines for briefing such a motion.

30 Church Street, Suite 15, Montclair, NJ 07042 • p. 973.707.5348 f. 973.707.7631
242 West 36th Street, 9th Floor New York, NY 10018 • p. 646.720.0433

www.jclarkassociates.com

Hon. Victor Marrero
Page 2 of 2

A proposed Scheduling Order is enclosed.

Respectfully submitted,

John E. Clark, Esq. (JEC #8138)

cc: David Rabinowitz, Esq. (via email)
Michael E. Avidon, Esq. (via email)
Gregory A. Horowitz, Esq. (via email)
Andrew Anselmi, Esq.

---

Request GRANTED. The briefing schedule with regard to the motion _for intervention and to stay_ herein is extended as set forth herein: motion papers submitted by _3-18-11_ ; response _4-1-11_ ; reply _4-15-11_. The Court considers any motion for summary judgment premature at this time. SO ORDERED. Upon consideration of any motion filed the Court could convert it to one for summary judgment if appropriate.

DATE _3-7-11_   VICTOR MARRERO, U.S.D.J.