# EXHIBIT G

## PCL Recovery Plan Review – Section 1

**Mobilization of Machinery**

PCL have not indicated on the two sheets supplied which is Section 1 and Section 2 so we have assumed the sheet placed with Section 1 to be Section 1 and same for Section 2

Section 1 – On review of the contents of the 'At Site' we have noted the following:

- Excavators - 2 – incorrect there is *only 1 on site*
- Dozers - 3 – incorrect there is *only 1 on site*
- Graders - 3 – incorrect there is *only 1 on site*
- Trucks – 13 – incorrect there is *only 3 on site*
- Compactors – 5 – incorrect there is *only 1 on site*
- Water tankers – 8 – incorrect there is *only 1 on site*
- PTR Roller – 1 – incorrect there is *nothing on site*
- Bitumen Distributer – 1 – incorrect there is *nothing on site*
- Diesel Tanker – 1 – incorrect there is *only 1 on site*
- Total Station – 2 – incorrect there is *only 1 on site*

In summary the total of individual pieces of plant on site as noted in the Mobilization of Machinery is as follows:   **PCL Quantity**   =   39 plant items

  **Actual Quantity**   =   11 plant items or 28.2% of what has been detailed

**In Summary** – Section 1 'Mobilization of Machinery' list does not indicate any dates of when machinery will be mobilized to site or sequence of plant to site and therefore we are unable to make an assessment on productivity. Of the major plant items assessed PCL have in actual *only 11 items of plant in this section* with according to the plant list 'as per program' a total of 113 items of plant will be required to meet the recovery program. PCL will need to *mobilize a further 102 items of major plant* before the middle of December as noted in the meeting held on the 9th October, 2009. Of these major plant items PCL have indicated mobilization of a 'crusher' with no details of capacity or mobilization date and again we are unable to make any assessment for production of aggregates or chip for sealing activities.

All in all PCL will need to mobilize a *total of 194 items of major plant* to both sections over a period of 20 weeks (February 2010 as per Section 2 Plant List) inclusive of 'crusher plant' mobilization when to date, 24 weeks into the project *only 32 major plant items* have been mobilized to site. PCL have not offered any methodology as to how they will mobilize this volume of plant to site; details of crusher capacity, identification and testing of quarry site for crusher and where and how they will store/fuel/maintain this volume of equipment.

Planning Quantities and Amounts – Cash Flow

Section 1 – Planning Quantity sheets have been compiled from October, 2009 to October, 2010 which is incorrect as the revised Recovery Program submitted indicates a completion date of the 28th December, 2010. PCL have further spread quantities and values over a greater range than that indicated on the revised program started with embankment activity commencing nearly 6 weeks earlier; Sub Grade commencing 8 weeks earlier; sub base 12 weeks earlier; base course 16 weeks earlier and prime/first seal coat similar at 16 weeks earlier. The attached cash flow chart indicates the correct spread of quantities in accordance with the revised program works.

Productivity

PCL have not offered any methodology as to how they will perform the work with the additional plant as indicated on the Mobilization of Machinery. There is no mention other than the program as to how they win raw material to complete the road construction in the timeframe as submitted in the Recovery Plan, no mention or any details on size of crushing plants or where they will set up crushing plants and no mention as to how they will maintain equipment in a suitable working condition. Likewise there is no indication that PCL have considered where they will house additional staff or details of additional facilities for construction staff and further there is no mention as to where all the equipment will be located on site as the current demined areas set aside for camp facilities are far less in size than what would be now required under the Recovery Plan.

Section 1 has not been assessed as there are insufficient details provided in the Recovery Plan. However it would be reasonable to assume that as the plant quantities are almost identical to Section 2 plant list then again there would be a shortfall of equipment to complete the works. *As stated in Section 2 Plant Assessment Sheet the corresponding value of these activities would be 37.9% of the Contract Sum with little or no resources to complete the remaining 62.1% of the works by value.*

Finally it is noted that as of today PCL have not identified and potential borrow pits or crushed aggregate sites or have they submitted any test data indicating conformance of materials.

Deployment of Manpower

Recovery Plan 'Deployment of Manpower' combines both Section 1 & 2 manpower levels so it is assumed that the labor will be divided equally to each section as the previous submission via letter dated 8th July, 2009 (ref: PCL/JN/LBG/2009/32) indicated the same amount of manpower to each section

of the works. The previous combined total (8th July, 2009) was a *level of 480* with the *Recovery Plan total now at 410 a reduction by 70.*

Comparison from the initial submission and Recovery Plan is as follows:

### Table Previous Manpower versus Recovery Plan

|  | Previous Qty | | Total | Recovery Plan |
|---|---|---|---|---|
|  | Section 1 | Section 2 | Section 1 & 2 | Section 1 & 2 |
| Site Engineer | 4 | 4 | 8 | 10 |
| Jnr Engineer/Skilled Supervisor | 4 | 4 | 8 | 10 |
| AGM (Mechanical) | 0 | 0 | 0 | 1 |
| Mechanical Engineer | 0 | 0 | 0 | 1 |
| Supervisors | 16 | 16 | 32 | 40 |
| Operators | 25 | 25 | 50 | 60 |
| Drivers | 45 | 45 | 90 | 90 |
| Surveyor | 1 | 1 | 2 | 4 |
| Hume Pipe Labor | 10 | 10 | 20 | 10 |
| Laborer | 50 | 50 | 100 | 50 |
| Skilled Workers | 20 | 20 | 40 | 20 |
| Road Marking | 5 | 5 | 10 | 6 |
| Sign Board Works | 5 | 5 | 10 | 6 |
| Safety | 10 | 10 | 20 | 10 |
| Security | 30 | 30 | 60 | 60 |
|  | 225 | 225 | 450 | 378 |

As noted in the table above PCL will have a fewer manpower deployment from the original deployment of manpower of their submission on the 8th July, 2009 by 72 staff.

Security will remain at the same level as the previous manpower levels even though that plant and Equipment has been increased.

Safety personnel have been reduced by 50%

Operators have been increased by 10 additional which is not consistent with Mobilization of Machinery. PCL have indicated 64 trucks for each Section bringing a total of 128 trucks by two (2) shifts = 256 drivers. Drivers have not been increased and even if you add both together there is still insufficient without taking into consideration other plant and equipment.

Mechanical Engineer/AGM (Mechanical) there is no mechanics to assist with repairs or general maintenance of plant and equipment.

Supervisors have been increased from 8 to 10 which is not consistent with running two shifts. This would be insufficient noting the compressed program included with the Recovery Plan.

There is no laboratory staff or Materials Engineers to undertake testing of source materials, frequency testing for specification conformance and quality control.

## Section 2 Plant Assessment Sheet

| | OCT | NOV | DEC | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embankment | 3000 | 15000 | 35000 | 47500 | 65000 | 80000 | 90000 | 90000 | 101493 | 125000 | 152476 | 65000 | |
| Day shift Qty | 116 | 577 | 1346 | 1282 | 1650 | 2031 | 2285 | 2285 | 2576 | 3173 | 3870 | 1650 | |
| Excavators | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 2 | |
| Trucks | 1 | 5 | 12 | 11 | 14 | 17 | 19 | 19 | 22 | 26 | 32 | 14 | |
| Dozers (1 h in pit) | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 2 | |
| Graders | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 1 | |
| Rollers | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 1 | |
| Water trucks | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 1 | |
| | | | | | | | | | | | | | |
| Night shift Qty | | | | 544 | 850 | 1046 | 1176 | 1176 | 1327 | 1635 | 1994 | 850 | |
| Excavators | | | | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 1 | |
| Trucks | | | | 5 | 8 | 9 | 10 | 10 | 11 | 14 | 17 | 8 | |
| Dozers | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Graders | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rollers | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Water trucks | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | | | | | | | | | | | | |
| Capping Layer | 0 | 1000 | 4000 | 6000 | 7500 | 10000 | 12500 | 15000 | 20000 | 7500 | 7500 | 12688 | |
| Day shift Qty | 0 | 39 | 153 | 152 | 190 | 253 | 317 | 381 | 508 | 190 | 190 | 322 | |
| Excavators | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Trucks | | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 4 | 2 | 2 | 3 | |
| Dozer in borrow pit | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Graders | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rollers | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Water trucks | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | | | | | | | | | | | | |
| Night shift Qty | | | | 79 | 98 | 130 | 164 | 196 | 262 | 98 | 98 | 166 | |
| Excavators | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Trucks | | | | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | |
| Dozers | | | | | | | | | | | | | |
| Graders | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rollers | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Water trucks | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | | | | | | | | | | | | |
| Sub Base | 0 | 0 | 1500 | 3700 | 5000 | 10000 | 15000 | 17500 | 20000 | 20000 | 22500 | 35000 | 6600 |
| Day shift Qty | | | 58 | 94 | 127 | 253 | 381 | 442 | 508 | 508 | 571 | 889 | 168 |
| Excavators | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Trucks | | | 1 | 1 | 1 | 2 | 3 | 4 | 4 | 4 | 5 | 8 | 2 |
| Dozer in borrow pit | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Graders | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rollers | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rotavators | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Water trucks | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | | | | | | | | | | | | | |
| Night shift Qty | | | | 48 | 65 | 131 | 196 | 229 | 262 | 262 | 294 | 458 | 86 |
| Excavators | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Trucks | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 4 | 1 |
| Dozers | | | | | | | | | | | | | |
| Graders | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rollers | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Water trucks | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Rotavators | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | | | | 1000 | 2500 | 7500 | 10000 | 17500 | 20000 | 20000 | 20000 | 30000 | 17100 |
| Day shift Qty | | | | 38 | 96 | 288 | 254 | 444 | 507 | 507 | 507 | 761 | 435 |
| Loaders | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Trucks | | | | 2 | 2 | 4 | 4 | 8 | 8 | 8 | 8 | 14 | 8 |
| PTR | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Dozer in borrow pit | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Graders | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rollers | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Water trucks | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | | | | | | | | | | | | | |
| Night shift Qty | | | | | | | 130 | 229 | 262 | 262 | 262 | 392 | 223 |
| Loaders | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| PTR | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Trucks | | | | | | | 2 | 4 | 4 | 4 | 4 | 6 | 4 |
| Dozers | | | | | | | | | | | | | |
| Graders | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rollers | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Water trucks | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Rotavators | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | | | | | | | | | | | | | |
| Chip | | | | | 140 | 329 | 938 | 1365 | 1743 | 1890 | 1890 | 2135 | 2800 |
| Day shift only | | | | | 5 | 13 | 36 | 53 | 67 | 73 | 73 | 82 | 108 |
| Loaders | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| PTR | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Trucks | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| Spreader | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| Spray truck prime | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Spray truck seal | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| Power brooms | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

| P/day | OCT | NOV | DEC | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Excavators | | 1 | 2 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 4 | 1 |
| Loaders | | | | | | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 |
| PTR | | | | | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Trucks | 1 | 6 | 15 | 15 | 20 | 25 | 31 | 37 | 42 | 44 | 51 | 43 | 14 |
| Dozers | 2 | 3 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 5 | 2 |
| Graders | 1 | 2 | 3 | 4 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 4 | 2 |
| Rollers | 1 | 2 | 3 | 4 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 4 | 2 |
| Water trucks | 1 | 2 | 4 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 8 | 6 | 4 |
| Rotavators | | | | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Power brooms | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

| | Quantity Required | Recovery Plan | 75% Availability | Comments |
|---|---|---|---|---|
| Excavators | 6 | 12 | 8 | Insufficient |
| Loaders | 3 | 4 | 4 | Adequate |
| PTR | 3 | 2 | 4 | Insufficient |
| Trucks | 51 | 64 | 68 | Insufficient |
| Dozers | 6 | 7 | 8 | Insufficient |
| Graders | 6 | 7 | 8 | Insufficient |
| Rollers | 6 | 7 | 8 | Insufficient |
| Water trucks | 8 | 10 | 11 | Insufficient |
| Rotavators | 4 | 4 | 5 | Insufficient |
| Power brooms | 2 | 2 | 3 | Insufficient |

Trucks rated at 12bcm, 1 load per hour on 10km lead
    1 load per 2 hours on 20km lead for base trucks.
Truck numbers include chip spreaders
One month = 26 working days
One shift = 10 worked hours

# EXHIBIT H

# INFORMATION FORM (4B)

## Financial Summary

| Financial Information in (US $ equivalent in 000s) | | Actual: Previous Five Years | | | | |
|---|---|---|---|---|---|---|
| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| | | 2003-2004 | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 |
| | | USD | USD | USD | USD | USD |
| Gross Revenue | | 112,243.01 | 175,981.67 | 146,215.49 | 165,150.86 | 253,628.65 |
| Earnings before interet and taxes | | 12,471.12 | 172,436.37 | 168,776.01 | 22,177.59 | 269,850.84 |
| Interest | | 5,891.59 | 7,927.25 | 12,209.19 | 13,880.98 | 28,649.51 |
| Total Assets | | 173,227.93 | 204,288.37 | 267,158.57 | 319,084.86 | 360,091.69 |
| Total Liabilities | | 151,801.24 | 176,896.39 | 236,344.52 | 273,475.59 | 300,851.71 |
| Current Assets | | 108,629.78 | 125,966.86 | 159,837.77 | 187,025.97 | 210,068.73 |
| Current Liabilities | | 88,254.25 | 94,490.93 | 126,498.36 | 140,060.38 | 124,512.63 |

For, PROGRESSIVE CONSTRUCTIONS LTD.

K. [signature]

AUTHORISED SIGNATURY