Maintenance of good relationship with supervisors and subcontractors, and also liaison with the client's representatives and local authorities.

- Conducting investigation of accidents, analyze causes and provide recommendations for corrective and preventive actions.

- Conducting safety meetings with concerned personnel.

- Advice of safety/security progress and any unsolved problems in timely manner to the Construction Manager.

- Preparing the required reports and maintaining of records.

2.2     Safety / Security Supervisor

Under the control of the Safety Engineer, he is responsible for:

- Daily inspection of the work site.

- Training new employee the safety/security procedures and the guidelines to be taken.

- Detail review with the construction supervisors for major erection work to make sure that all precautions are taken to maintain safety.

- Monitoring all infringements to procedures and requesting to initiate the required corrective action.

- Preparing and maintaining updated lists of insurance for vehicles and construction equipment.

- Assurance of the validity of operator's / driver's work permit / license for the particular equipment and vehicles.

- Regular inspection of the construction equipment, tools and safety/security gears and facilities.

- Inspection of accommodation / site facilities for fire protection, sanitation and first aid.

- Reporting details of related matters with safety / security to the Safety Engineer.

3.0     Actions to be taken

3.1     Personal Protection

For, Progressive Constructions Ltd

KANN

Authorised Signatory

Each employee receives personal protective gears as required to perform his assigned work in safety at his first arrival at the job site.

- Gear : Safety helmets, safety glasses, ear plugs / muffs, welding masks and

    goggles, grinding face shields, *etc.*

- Clothes : Welding aprons, sleeves and goggles, cotton gloves, etc.

- Special item: Safety belts and nets, foot protectors, lanyards, respirators, etc.

### 3.2 Fire Prevention

Adequate protection against fire, and steps to eliminate conditions that could result in a fire are provided. All employees are trained periodically for fire prevention procedures, operation of fire fighting equipment and emergency warning system and emergency evacuation as follow:

- Fire protection procedures

    * The prevention of fires.
    * Early detection of fires.
    * Control of fire spread.
    * Prompt extinguishment.
    * Portable fire extinguisher.
    * Fire water reservoir
    * Fire alarm and signal.

- Handling and Storage of flammable, combustible and explosive materials.

- Emergency evacuation and rescue.

### 3.3 Health and Sanitation Control

Health and sanitation are inseparably related with each other. Bad sanitation and poor control on hazardous materials may adversely affect health of either mental and physical impairment. Comfortable environment should be maintained for health, accident reduction and productivity improvement.

Following proper facilities and procedures are provided:

- First Aid facilities

    First Aid kits 

* Designation of hospital.

- Potable water

- Shower and toilet facilities with proper sewage collection and cleaning

- Refuse / garbage disposal containers and daily *cleaning* system.

- Isolated storage and special protection facilities for

   * Radioactive materials.

   * Chemicals.

- Dust control system.

- Good house keeping.

3.4    Security Control - —

   Identification

   * Each employee is furnished a his jurisdiction identification badge. This badge is printed in English and local letter.

   * All visitors should be escorted in and out of the complex by an authorized security guard

- Daily gate logs

   All visitors entering or exiting the site are recorded on the daily gate logs.

   * Visitors name.
   * Purpose.
   * Time in / out.
   * Destination   /   Badge   number.
   All vehicles are recorded
   * Owner/driver name.
   * Time in/out.
   * Destination / badge number.
   * Vehicle number.

-- Material gate pass

All materials, tools and equipment from any source passing the gate should be properly identified. Any materials or equipment exiting the gate should be listed

For        KSU

                    Authorised Signatory



pass or bill of lading. The items listed are checked and verified by the authorized person and countersigned by the authorized supervisor.

- Security guard

  Security guard are arranged under the control of Safety / Security Supervisor to patrol the job site, inspection of warehouse, offices, storage yards, etc., for 24 hours a day which are enclosed by the safety fences.

### 3.5 Traffic Control

All drivers must comply with local governmental and the client's regulations at all times. The general guidelines of traffic in the job site are as follow:

- Observe the traffic signs / signals.

- Observe the speed limits.
  * 30 km/hour within construction areas.
  * 15 km/hour within hazardous areas.

- Obtain local driver license and driving permit from the local authorities and client.

- Wear safety helmet and safety belt.

- Fully retract hydraulic crane boom when cruising.

- Heavy construction equipment are guided by an attendant while reversing.

- Violated driver is suspended or revoked his driving permit and/or resulted in penalty.

### 3.6 Loss prevention and hazardous control

Through the effective loss and hazard control the construction activities can be conducted economically, efficiently and safely. The prevention of accidents and personal injuries is basically achieved through control of the working environment and control of worker's actions.

The followings are general requirements of the loss prevention and hazard control.

- Supervision and directions for the performance of the work should be made according to the safe practices specified in the Safety/Security Procedures and QC Manual.

All employees are periodically educated and oriented required procedures to prevent accidents and loss.

For any noncompliance with the procedures notified to the Safety Engineer immediate corrective actions should be provided. Until the corrective actions are to be taken all activities related to the work are suspended.

Communications between employees and supervisors and upward communication are always available to collect good safe practices, notify unsafe conditions, and improve existing procedures by applying experience, know-how, etc.

All required standards, manuals, procedures and specifications are provided in the job site which is required for the performance of the work.

Comfortable work environment is provided by design of required facilities and provision of safety equipment.

Class rooms and practical training programs are provided for the improvement of required skill and/or new technical knowledge and skill for the special activities.

Daily and special inspections are made to work procedures and equipment for hazardous conditions.

All accidents are immediately reported, analyzed and taken correct actions, and also training is followed for the future works.

Periodical and special committees are called and maintained during the performance of the work to develop detailed methods of implementing the control procedures, investigate accidents having a high injury of loss potential, encourage positive participation of members and evaluate the effectiveness of control procedures through the actions taken on accidents.

4.0    Safety Committee

4.1    Members

- Safety Engineer/Supervisors.

- Construction Manager.

- Construction Superintendent.

- Subcontractor's Site Manager/Safety Supervisors.

- Client's Safety Representative, if required.

- Other site superintendent

**4.2    Meeting**

- Regular Meeting

    Regular meeting is held at site conference room on the every first day of the week.

- Special meeting

    Is held in case of an occurrence of serious accident. to investigate, analyze and establish corrective actions.

- Section meeting

    Is held when a certain part or group is required to provide or correct safety actions.

- Minutes of meetings are recorded, and distributed to the client and subcontractors.

**4.3    Reporting**

The Safety Engineer is responsible for recording of Minutes of Meeting and Accident Investigation, analysis, and for reporting to the Construction Manager. The Construction Manager reports to the Project Manager of Home Office immediately for the all serious injuries to personnel and damages to properties. At the end of each month detailed accident investigations, analysis and taken correct actions are reported to the Home office and Client.

The reports include:

- Date of accident occurred.

- Location of accident occurred.

- Name of injured person

- The status of damaged properties.

- Cause and nature of accident.

- Actions to be taken.

- Photographs and/or Sketches.

- Recommendation to be taken to prevent future similar accident.

- Others requested and/or instructed matters by the client and/or third part

- Name of reporter. Sar Progressive Constructions Ltd.



Authorized Signatory

5.0    Safety / Security Education and Training

5.1    Safety / Security Orientation

Upon arrival at the job site every employee is oriented by the Safety Engineer how to work safely and what rules / regulations to observe. Safety/Security Orientation includes:

-    Brief explanation of the project.

-    Safety / Security control policy.

-    Outlines of applicable regulations and requirements for the project and for local authorities.

-    Emergency procedure.

-    First aid services.

-    Each employee's responsibilities and implementation.

5.2    Tool Box Meeting

Every morning before starting the work tool box meeting is held by supervisor with foremen of work place to instruct and discuss for:

-    Work procedures.

-    Safety instructions for using equipment and tools.

-    Particular hazardous conditions and precautions to be taken.

-    Check workmen's health condition and other required information.

5.3    Education

Periodical educations, every two or three months, are provided for supervisors and foremen for the updated an improved procedures and requirements. This education is aimed to keep them in highly *safety* consciousness because the great part of the safety for the labors under their control is depended on their safety consciousness. Usually foremen are responsible for the labor's education.

5.4   Training

Periodically all employees are trained to acquaint with the proper use of fire fighting equipment and facilities, personal protective equipment and first aid kits.

At any time when hazardous works start the person who are engaged in the works are taken part in education and training.

Generally special education and training are arranged when the followings are start:

- Rigging and operation of construction equipment for heavy equipment installation.

- Handling of toxic and/or radioactive materials.

- Dismantling of facilities and scaffolds.

- Man-basket work.   

- Works in operating plant and confined space.

- Driving heavy vehicles.

6.0   Inspection

Regular and irregular inspections are made for safe operation and comfortable environment.

6.1   Construction Vehicles and Equipment

Prior to initial use, every construction equipment and tools are inspected and tested by the competent mechanics.   Records of the inspection are kept by the Construction Equipment Controller, until the completion of the project.   Maintenance procedures recommended by the manufacturers should be followed for the all equipment and tools. The records and schedules are checked by the Safety / Security Supervisors.

6.2   Accommodation and Site Facilities

The status of housekeeping is inspected by the Safety / Security supervisors for:

- Maintaining necessary standards of cleanliness and tidiness.

- Arrangement of access ways, storage and disposal yard.

- Sanitation facility and its operation, etc.

7.0   Work Permit   



When work is executed in restricted and/or severe hazardous area, usually the work permit is required from the client, in such a case:

- Only the personnel covered by the permit can enter the area.

- Specially educated, trained and qualified personnel are listed.

- Proper protection/equipment are provided prior to starting of the work.

- The area and working time are clearly defined, and marked / signed with suitable mark / signal.

- The requirements from the client are perfectly followed.

For Progressive Cons...

Authorised Sign...

AUTHORISED SIGNATURE

# TRAFFIC MANAGEMENT PLAN

1. Traffic Management plan provides for the measures that will be taken to minimize the strain on the drivers while approaching & negotiating the the construction zones and will ensure that:

    i) Drivers are warned clearly & sufficiently in advance

    ii) Clear demarcation is provided for movement of vehicles

    iii) Sufficient devices are deployed for guiding the drivers through construction zones.

### Organization chart

Contractor has developed a team to look after the traffic control issues. The team for the traffic management is headed by Project Manager and assisted by traffic control Officer especially engaged for the purpose. All the site engineers engaged in the various types of the work made aware the matter related to traffic management through regular seminar and training.



### Reporting Mechanism

Traffic management officer visits the site and reports to Project manager about issues/problems related to traffic and non-compliance of measures as given in TMP. The project manager then informs concerned persons in writing of procedure to resolve problems / issues of requirements. Summery of all traffic management works / problems is ultimately summarized in monthly / quarterly progress report. The report is then submitted to the consultant with the action taken by the contractor on specific issues raised by the traffic management officer.

2. Traffic Management through construction zones will entail the following activities in each Component:

### • THE WARNING ZONE

It will be used to prepare the drivers for an alert behavior well in advance of the Approach to the construction zone by providing information regarding distance, extent and type of hazard through a series of traffic signs along the length of this Zone.

### • THE TRANSITION ZONE

Traffic through this zone, which is most crucial from safety point of view, due to turning movements, will be guided into and out of the diverted path around the work zone with the help of barricade & channelizers.

### • THE WORKING ZONE

Through this zone, path of the traffic will be delineated, to avoid intrusion of moving Vehicles into the working area, to safeguards the workers at site.

Sufficient distance between the two working zones will be maintained to enable flow of traffic to the normal stream.

### Traffic Control Devices

▪ Signs

Regulatory signs, warning signs & guide signs as per relevant specifications will be placed on the left hand side of the road.

- ▪ Regulatory signs as 'DO NOT ENTER' and 'ROAD CLOSED' will be used after consulting local authorities only.

- ▪ Warning signs like 'LANE CLOSED', DIVERSION TO OTHER CARRIAGEWAY' etc. shall be explained with the help of definition plate, wherever required.

- ▪▪ Guide signs like 'DIVERSION', 'ROAD AHEAD CLOSED' etc. will be provided in black on yellow background.

- Delineators such as cones, drums, tapes etc. will be placed adjacent to the roadway to guide the drivers along the designated sage path.

  - ▪ Cones made of plastic and of 0.6 meter height will be used at spacing of 9 meters.

  - ▪ Empty bitumen drums, painted in circumferential strips of alternate black & 15 cm width will be used as channeling devices.

- Barricades will be used to restrict the traffic from entering the work areas such as excavations and as places for separating the two way traffic

For Pro...

Authorised Signator;

The Barricades will be made of 30 mm wooden planks joint together and painted in alternate yellow and white strips of 15 cm width and sloping down at an angle of 45 in the direction of traffic.

Portable barricades will be used for small maintenance jobs Traffic Management plan for the different traffic conditions is as given below

### (I) CONCENTRIC WIDENING OF EXISTING HIGHWAY

- Work will be carried out over continuous lengths of 750 meters each, followed by passing places of 150 meters at every 750 meter interval.

- Construction activity will only be carried out on one side of the existing road, at one time.

- Following arrangements for traffic control will be made:

a. Signs shall be provided as described below:

  - Warning sign 'MEN AT WORK' along with supplementary plate showing the distance of work zone (1000 meter)

  - Warning sign 'ROAD NARROWING' with supplementary plate for 'SINGLE FILE TRAFFIC' will be provided next.

  - 'KEEP LEFT' or 'KEEP RIGHT' sign will be provided at the beginning of the transition zone & taper.

b. At the point of deviation of traffic from its normal path, the channel for traffic will be clearly marked with the help of painted drums or traffic cones, at spacing of approx. 9 meters. These drums/cones will be provided at the boundary of work zone adjacent to traffic flow.

c. Delineation of passage for traffic will be ensured at night by providing 50mm to 100mm wide retro-reflective band at the top of facing side or drums.

d. Barricade with signs 'TRAFFIC LANE CLOSED' & 'KEEP RIGHT / LEFT' will be provided on each side of the work zone.

## II) ECCENTRIC WIDENING OF EXISTING HGIHWAY

- Following arrangements for Traffic Control shall be made:

  a. Signs shall be provided as given below:

    - Warning sign 'MEN AT WORK' along with supplementary plate showing the distance of work zone (1000 meters)

    - Warning sing 'ROAD NARROWING' will be provided next.

    - 'KEEP LEFT' or 'KEEP RIGHT' sign will be provided at the beginning of taper.

  b. At the point where from earthen / paved shoulder of the existing carriageway is not available for use of traffic, stone pillars of 100mm x 75mm section, 1.2 meters long will be erected as spacing of 25 meters, adjacent to the shoulders so that these are 0.6 to 0.8 meter high from the pavement surface. These pillars will be painted with alternate red & white 150mm wide stripes.

  c. Delineation of passage at night for traffic will be ensured by providing 50mm to 100mm wide retro-reflective band at the top of pillars.

  d. Barricades will be provided at each side of work zone.

# ENVIRONMENTAL MANAGEMENT PLAN

## INTRODUCTION

As the total environment includes factors associated with human concern. Hence, the environment, safety, occupational health and confidence building among the local people are an integral part of this road project. Contractors will pa their best effort to address the following matters in an integrated manner with the main construction program

| | |
|---|---|
| i. | Commitment to comply with the provision made in sub clause 19.2. |
| ii. | Commitment to address environmental health, safety and social |
| iii. | impacts. |
| iv. | Commitment for constant dialogue with the local public. |
| v. | Commitment related to training for employees. |
| vi. | Commitment to meet legal requirements. |

Progressive constructions limited will pay attention for the better monitoring of all the above activities for the effective implementations of EMP.

## INSTITUTIONAL CAPACITY AND REPORTING MECHANISM

➢ **Institutional capacity with civil contractor for environmental management**

Contractor has developed a team to look after the environmental and safety related issues. The team for the environmental management is headed by Project Manager and assisted by Environmental Officer especially engaged for the purpose. All the site engineers engaged in the various types of the work made aware the matter related to environmental through regular seminar and training.





Project Manager
For Progress Mr. Kebalram Kumar

KELD
Authorised Signatory

environmental and safety related issue comprising the following aspects.

- Objective oriented project planning
- Preparation of questionnaire for information gathering
- Environmental issues related with road construction.
- Safety measures at the various places of construction such as at camp site, at mechanical garage, at construction worksite, at quarry worksites etc.

### Procedure for different aspects of environment management

| Indication | Details |
|---|---|
| Solid waste management / garbage disposal etc. | Separate garbage collection facility behind the mess will be provided and solid waste will be collected by truck from different locations and periodic disposal at safe place will be done. |
| Drainage and Sanitation | Septic tanks and soak pits will be provided at residential camps and office premises. Waste will be collected with tanks and will be disposed in safe places. All residential and office area will be connected with well drainage system. Waste water will be disposed to oxidation pond constructed at one corner of camp. |
| Prevention of waste water from fuel use areas | To prevent the oil spillage into ground oil interceptors will be construct soon at the service station, workshop and fuel filling station. Stone dust / sand laying over the brick/ tested concrete cubes provided at fuelling station and workshop |

For Progressive Constructions Ltd

Authorised Signatory

| | |
|---|---|
| | and predict scraping of contaminated stone dust and disposing off at safe place is in practice |
| Facilities to be provided at camp | Good residential accommodation and mess facility will be provide in camp. First aid facility will also provide. |
| Stockyard planning<br><br>Solid platforms<br><br><br>Material covered<br>Separation of materials<br><br><br>Routing of heavy vehicle<br>Ground leveling | Solid plot forms will be provided below the storage of all raw materials to prevent contamination of ground<br>If required materials will be covered<br>Different types of materials will be stocked separately.<br><br>All vehicles will be traveled to channelized places only<br>Ground leveling will be done. |
| Dust suppression<br>a. Haul Road<br>b. Stockyard | Water sprinkling using water tanker will be done.<br><br>,, |
| Safety equipments in use | Fire extinguisher, Emergency Siren, Helmets, Goggles, Hand gloves, Gum boots etc will be supplied to all |
| Camp fenced | Constructed boundary by MS Angles and iron sheets will be done |
| Pollution measurement | Water samples, air samples will be tested frequently. Noise pollution also measured at machinery working locations to keep the noise levels within the limits. |

For Progress

Authorised Signatory

## BORROW AREA

Several points such as current land use, land topography, settlement around Borrow area and haul road etc are in due consideration while selection process of borrow area are done. All most all the borrow area selected will be barren land, waste land and degraded high land sufficiently away from the any habitation to avoid any nuisance caused to dweller. Sprinkling on the haul road at regular interval depending on the weather condition will be done. The top soil will be removed before the starting of borrow area and stored along the boundary of Borrow area to refill it after the completion of borrow area.

## RELOCATION AND RECONSTRUCTION ACTIVITY

Relocation and reconstruction of all the structure to be demolished for the project being done concurrently as per the contract. The consultation to the local people for the R & R works is the main part of the work. Views of the local people are considered for the purpose to get proper cooperation from the local people. Formulation of the Village Level Committees (VLCs) to get the proper feed back for the sustainable Relocation and Reconstruction works to be done. Bore wells drilled for construction water purposes will be remained same for the use of local villagers.

Since relocation is one of the sensitive issues, so the special care being taken for the relocation and reconstruction for the same. Formulation for the VLCs and close consultation for the local people is one of the vital operations for the incorporation of the people view and getting confidence of the same. Relocation of the any religious properties only started after getting approval of the construction drawing for the structure to be relocated from the VLCs

EQUIPMENTS AND MACHINERIES



For Progressive Constructions Ltd.

Authorised Signatory

Most of the construction machineries and equipments are brought small new and complies with international environmental standards. Our crusher and quarry is duly fitted with belt conveyor enclosures and the atomization water sprinkling system at the each outlet point to avoid the dust nuisance.

## 4. ROAD SAFETY DURING CONSTRUCTION

Weekly meetings will be conducted to discuss road safety during construction at our camp. Weekly meeting has been attended by Project Manager, all staff of civil Engineers and person from civil and mechanical Supervisors. During the meeting all issues related to safe working condition and safety of the traffic were focused. The safety meetings will done with addressing all the safety provisions made during following

- High Embankment filling
- Deep Embankment Cutting
- Excavation for CD works
- Traffic diversions.

## 5. CAMP SAFETY

1) "Health and AIDS awareness poster are provided at different places to create health awareness amongst employee.

2) 'First aid box' is always available at different places in camp.

3) A 'RMP' doctor will be available as and when required in camp

4) A portable fire extinguisher at Q C Lab. and Garage.

5) Fire bucket at store.

6) Personnel protective equipment (Helmets, Goggles, Nose mask, etc) is provided to concerned workers to ensure safe working environment.

QUARRY AND CRUSHER SAFETY

For Progress

Authorised Signatory

Prohibited

➢ Safety instruction board has erected at Quarry and crusher site.

➢ Barricading has done to restrict people for inadvertent entering and prevent falling in area at quarry.

➢ Siren arrangement (before blasting) has established at quarry.

➢ Personnel protective equipment (helmets, Goggles, Nose mask, etc) are provided to all staff members those are working at quarry and crusher site.

➢ Register showing name of authorized person who visit the quarry and crusher, kept at Quarry.

For Progressive Constructions Ltd.

Authori



Juba - Nimule - Package 1  0+000 - 55+000     Section IX
Southern Sudan                               Section IX
                                                   Schedule 6

**Interim Payment Schedule  -  Tabular Format**

| Months | Monthly payment (USD $) | Cumulative Monthly payment (USD $) |
|--------|------------------------|-----------------------------------|
| Mar-09 | 1,404,556.44 | 1,404,556.44 |
| Apr-09 | 1,825,265.00 | 3,229,821.44 |
| May-09 | 2,036,081.44 | 5,265,902.88 |
| Jun-09 | 2,407,590.00 | 7,673,492.88 |
| Jul-09 | 2,350,672.00 | 10,024,164.88 |
| Aug-09 | 2,335,800.00 | 12,359,964.88 |
| Sep-09 | 2,134,756.00 | 14,494,720.88 |
| Oct-09 | 2,033,052.00 | 16,527,772.88 |
| Nov-09 | 2,032,100.00 | 18,559,872.88 |
| Dec-09 | 2,031,183.00 | 20,591,055.88 |
| Jan-10 | 2,030,976.00 | 22,622,031.88 |
| Feb-10 | 2,021,587.00 | 24,643,618.88 |
| Mar-10 | 2,020,925.00 | 26,664,543.88 |
| Apr-10 | 2,261,873.00 | 28,926,416.88 |
| May-10 | 2,260,702.00 | 31,187,118.88 |
| Jun-10 | 2,258,574.00 | 33,445,692.88 |
| Jul-10 | 2,256,534.00 | 35,702,226.88 |
| Aug-10 | 947,239.00 | 36,649,465.88 |

For Progressive Constructions Ltd.

SISP (USAID) Southern Sudan                          Payment Schedule - 1 of 2

PCL 000455



PCL 000456

Juba – Nimule Road - Package 1 - 0+000 - 55+000 Section IX          Section IX
Southern Sudan                                                      Schedule 7

## PRICE ANALYSIS OF MATERIALS and INCIDENTALS

An analysis in accordance with this format shall be provided for each of the following
materials and incidentals for the Works.

1. Fuels
2. Lubricants, including Oil and Grease
3. Cement
4. Bitumen
5. Concrete Reinforcing Steel

Item : Bitumen emulsion

Unit : M.T.

|   | Price Element | Value in USD |
|---|---|---|
| 1. | CIF Price at Port / Quarry / airport from Kampala | 1000 |
| 2. | Handling | --- |
| 3. | Transport to Site | 200 |
| 4. | Unloading, Storage. | 20 |
|   | Price at Site | 1220 |

For Plug

SISP (USAID) Southern Sudan                Plant & Material Prices 1 of 1

## PRICE ANALYSIS OF MATERIALS and INCIDENTALS

An analysis in accordance with this format shall be provided for each of the following materials and incidentals for the Works.

1. Fuels
2. Lubricants, including Oil and Grease
3. Cement
4. Bitumen
5. Concrete Reinforcing Steel

Item : Cement

Unit : M.T.

| | Price Element | Value in USD |
|---|---|---|
| 1. | CIF Price at Port / Quarry / airport from Kampala | 240 |
| 2. | Handling | 20 |
| 3. | Transport to Site | 136 |
| 4. | Unloading, Storage. | 30 |
| | **Price at Site** | 426 |

For Progressive Construction Ltd

SISP (USAID) Southern Sudan

Authorised Signatory  Plant & Material Prices 1.of 1

Juba – Nimule Road - Package 1 - 0+000 - 55+000 Section IX      Section IX
Southern Sudan                                                  Schedule 7

## PRICE ANALYSIS OF MATERIALS and INCIDENTALS

An analysis in accordance with this format shall be provided for each of the following
materials and incidentals for the Works.

         1. Fuels
         2. Lubricants, including Oil and Grease
         3. Cement
         4. Bitumen
         5. Concrete Reinforcing Steel

Item : HSD (Diesel)

Unit : K.L.

| | Price Element | Value in USD |
|---|---|---|
| 1. | CIF Price at Port / Quarry / airport from Khartoum | 550 |
| 2. | Handling | 100 |
| 3. | Transport to Site | 550 |
| 4. | Unloading, Storage. | 100 |
| | **Price at Site** | 1300 |

For Progressive
SISP (USAID) Southern Sudan      ...ant & Material Prices 1 of 1



Juba – Nimule Road - Package 1 - 0+000 - 55+000 Section IX                 Section IX
Southern Sudan                                                              Schedule 7

## PRICE ANALYSIS OF MATERIALS and INCIDENTALS

An analysis in accordance with this format shall be provided for each of the following
materials and incidentals for the Works.

1. Fuels
2. Lubricants, including Oil and Grease
3. Cement
4. Bitumen
5. Concrete Reinforcing Steel

Item : Steel

Unit  M.T.

| | Price Element | Value in USD |
|---|---|---|
| 1. | CIF Price at Port /Quarry / airport from Kampala | 1458 |
| 2. | Handling | 50 |
| 3. | Transport to Site | 140 |
| 4. | Unloading, Storage | 50 |
| | **Price at Site** | 1698 |

For Progressive Construction Ltd.

SISP (USAID) Southern Sudan                     Equipment, Plant & Material Prices 1 of 1

## PRICE ANALYSIS OF MATERIALS and INCIDENTALS

An analysis in accordance with this format shall be provided for each of the following
materials and incidentals for the Works.

1. Fuels
2. Lubricants, including Oil and Grease
3. Cement
4. Bitumen
5. Concrete Reinforcing Steel

Item : Sand

Unit : cum.

| | Price Element | Value in USD |
|---|---|---|
| 1. | CIF Price at Port / Quarry / airport from Juba | 30 |
| 2. | Handling | --- |
| 3. | Transport to Site | 20 |
| 4. | Unloading, Storage. | --- |
| | **Price at Site** | 50 |

USE (USAID) Southern Sudan



Stage 1    0+000 - 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## GUIDE FORM

### DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No. : P1 6300C - 01 & 02          Description : Aggregate Chips

Pay Item Unit : cum.                       Site Output :

| Cost Element | Unit | Quantity | Cost USD/Unit | Cost Total USD |
|---|---|---|---|---|
| A. Equipment | | | 5 | |
| B. Fuel / Lubricants | | | 12 | |
| C. Labor | | | 6 | |
| D. Materials | | | 109.353 | |
| E. Other (describe) – Escalation, contingent and incidentals. | | | | |

| | |
|---|---|
| Sub Total | 132.353 |
| Overhead 16% | 21.656 |
| Profit    15% | 19.853 |
| Bond    5% | 6.618 |
| Total (per Unit) | 180 |

SISP (USAID) Southern Sudan

Detailed Price Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 - 55+000          Section IX
                                                        Section IX
Southern Sudan                                          Schedule 8

## GUIDE FORM

### DETAILED PRICE ANALYSIS -- PAY ITEMS

Pay Item No. : PI 6300B -01          Description :Bituminous Binder

Pay Item Unit : Sqm.                 Site Output :

| Cost Element | Unit | Quantity | Cost | |
| --- | --- | --- | --- | --- |
| | | | USD/Unit | Total USD |
| A. Equipment | | | 0.033 | |
| B. Fuel / Lubricants | | | 0.048 | |
| C. Labor | | | 0.015 | |
| D. Materials | | | 1.596 | |
| E. Other (describe) – Escalation, contingent and incidentals. | | | | |
| Sub Total | | | | 1.72 |
| Overhead 16% | | | | 0.2752 |
| Profit  15% | | | | 0.258 |
| Bond  5% | | | | 0.086 |
| Total (per Unit) | | | | 2.34 |

SIKB (USAID) Southern Sudan    For Progressive Construction Ltd.

Authorised Signatory

Detailed Price Analysis 2 of 3

Juba – Nimule Road – Package 0+000 – 55+000          Section IX

Southern Sudan                                       Section IX
                                                     Schedule 8

## GUIDE FORM

### DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No. : P1 4400 -02          Description  : Construction of Embankment with
                                                  borrow material

Pay Item Unit  : cum.               Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A. Equipment | | | 0.9925 | |
| B. Fuel / Lubricants | | | 1.7865 | |
| C. Labor | | | 0.397 | |
| D. Materials | | | | |
| E. Other (describe) – Escalation, contingent and incidentals. | | | 0.794 | |

Sub Total                                            3.970

Overhead 16%                                         0.635

Profit     15%                                       0.5955

Bond       5%                                        0.1985

Total (per Unit)                                     5.4

SISP (USAID) Southern Sudan   For Brooms Constructions Ltd.        Detailed Price Analysis 2 of 3

                                      Authorized Signatory

PCL 000464

Juba – Nimule Road -- Package 1   0+000 - 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## GUIDE FORM

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No. : PI 4400 -01

Description : Construction of Embankment with excavated material

Pay Item Unit : cum.

Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A. Equipment | | | 0.91 | |
| B. Fuel / Lubricants | | | 1.638 | |
| C. Labor | | | 0.364 | |
| D. Materials | | | | |
| E. Other (describe) -- Escalation, contingent and incidentals. | | | 0.728 | |

Sub Total — 3.64

Overhead 16% — 0.58

Profit   15% — 0.546

Bond   5% — 0.182

Total (per Unit) — 4.95

SISP (USAID) Southern Sudan

Detailed Price Analysis 2 of 3

Package 1   0+000 - 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## GUIDE FORM

### DETAILED PRICE ANALYSIS -- PAY ITEMS

Pay Item No. : P1 5100 -03          Description : Granular Base Course

Pay Item Unit  : cum.               Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A. Equipment | | | 3.971 | |
| B. Fuel / Lubricants | | | 7.147 | |
| C. Labor | | | 1.5882 | |
| D. Materials | | | | |
| E. Other (describe) -- Escalation, contingent and incidentals. | | | 3.1764 | |

| | |
|---|---|
| Sub Total | 15.882 |
| Overhead 16% | 2.541 |
| Profit  15% | 2.382 |
| Bond  5% | 0.794 |
| Total (per Unit) | 21.6 |

SISP (USAID) Southern Sudan  For Intensive Constructions Ltd.

Authorised:

Detailed Price Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000  – 55+000

Southern Sudan

## GUIDE FORM

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.  : PI 5100 -02              Description :Granular Sub-base

Pay Item Unit  ; cum.                    Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A.  Equipment | | | 3.64 | |
| B.  Fuel / Lubricants | | | 6.551 | |
| C.  Labor | | | 1.456 | |
| D.  Materials | | | - | |
| E.  Other (describe) — Escalation, contingent and incidentals. | | | 2.912 | |

| | |
|---|---|
| Sub Total | 14.559 |
| Overhead 16% | 2.329 |
| Profit    15% | 2.184 |
| Bond    5% | 0.728 |
| Total (per Unit) | 19.8 |

SISP (USAID) Southern Sudan        Emmenente Constructions Ltd.        Detailed Price Analysis 2 of 3

PCL 000467

Juba-Nimule Road Package 1   0+000 - 55+000

Section IX
Section IX
Schedule 8

Southern Sudan

## GUIDE FORM

### DETAILED PRICE ANALYSIS -- PAY ITEMS

Pay Item No. : PI 6100 -01             Description :Prime Coat

Pay Item Unit  : Ltrs.                 Site Output :

| Cost Element | Unit | Quantity | Cost USD/Unit | Cost Total USD |
|---|---|---|---|---|
| A. Equipment |  |  | 0.01 |  |
| B. Fuel / Lubricants |  |  | 0.033 |  |
| C. Labor |  |  |  |  |
| D. Materials  α |  |  | 1.013 |  |
| E. Other (describe) –<br>Escalation, contingent and<br>incidentals. |  |  |  |  |

| | |
|---|---|
| Sub Total | 1.056 |
| Overhead 16% | 0.169 |
| Profit     15% | 0.158 |
| Bond    5% | 0.0528 |
| Total (per Unit) | 1.44 |

For Progressive Constructions Ltd.

SISP (USAID) Southern Sudan                Detailed Price Analysis 2 of 3

Authorised Signatory

For Progressive Constructions Ltd.

Juba – Nimule Road – Package I   0+000 - 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## GUIDE FORM

### DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No. : P1 9500 - 01                    Description :Road Marking

Pay Item Unit   : sqm.                         Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A. Equipment | | | 1.32 | |
| B. Fuel / Lubricants | | | 1.91 | |
| C. Labor | | | 0.438 | |
| D. Materials | | | 6.92 | |
| E. Other (describe) – Escalation, contingent and Incidentals. | | | | |

| | |
|---|---|
| Sub Total | 10.588 |
| Overhead 16% | 1.694 |
| Profit    15% | 1.588 |
| Bond    5% | 0.5294 |
| Total (per Unit) | 14.4 |

SISP (USAID) Southern Sudan

Detailed Price Analysis 2 of 9

Juba - Nimule Road – Package 1   0+000 - 55+000
Southern Sudan

## GUIDE FORM

### DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No. : P1 5100 -01          Description :Sub Grade

Pay Item Unit   : cum.              Site Output :

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| A. Equipment | | | 3.3088 | |
| B. Fuel / Lubricants | | | 5.9557 | |
| C. Labor | | | 1.3235 | |
| D. Materials | | | - | |
| E. Other (describe) – Escalation, contingent and incidentals. | | | 2.647 | |

| | |
|---|---|
| Sub Total | 13.235 |
| Overhead 16% | 2.118 |
| Profit    15% | 1.985 |
| Bond    5% | 0.6618 |
| Total (per Unit) | 18 |

SISP (USAID) Southern Sudan           Constructions Ltd.          Detailed Price Analysis 2 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1  0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.    PI 6300C - 01 & 02          Description  : Aggregate Chips

Pay Item Unit :  cum.

| | Cost Element | Unit | Quantity | Cost USD/Unit | Total USD |
|---|---|---|---|---|---|
| A | Equipment | | | | |
| | Dumpers | | | 3.5 | |
| | Loaders | | | 0.075 | |
| | Roller | | | 0.075 | |
| | | | | | |
| | Sub Total Equipment | | | 5 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 10.8 | |
| | Lubricants (oil and grease) | | | 1.2 | |
| | Sub Total Fuel / Lubricants | | | 12 | |
| C | Labor | | | | |
| | Supervisor | | | 1 | |
| | Operators | | | 3 | |
| | Laborers | | | 2 | |
| | Sub-Total Labor | | | 6 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | 109.353 | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | | |
| | Sub Total | | | 132.353 | |
| | Overhead (16%) | | | | |
| | Profit (15%) | | | | |
| | Bond (5%) | | | | |
| | Total (per Unit ) 180 | | | | |

Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item.  The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.

SISP (USAID) Southern Sudan                    Detailed Price Analysis 3 of 3

Juba - Nimule Road – Package 1  0+000 – 55+000

Southern Sudan

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.    P1 6300B - 01          Description  :  Bituminous Binder

Pay Item Unit  :  sqm.

| | Cost Element | Unit | Quantity | Cost USD/Unit | Total USD |
|---|---|---|---|---|---|
| A | Equipment | | | | |
| | Bitumen Sprayer | | | 0.033 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Sub Total Equipment | | | 0.033 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 0.0432 | |
| | Lubricants (oil and grease) | | | 0.005 | |
| | Sub Total Fuel / Lubricants | | | 0.048 | |
| C | Labor | | | | |
| | Supervisor | | | | |
| | Operators | | | | |
| | Laborers | | | 0.015 | |
| | Sub-Total Labor | | | 0.015 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | 1.596 | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | | |
| | Sub Total | | | 1.72 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit ) 2.34 | |

Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.

SISP (USAID) Southern Sudan

Analysis 2 of 3

Juba – Nimule Road – Package 1  0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.    .P1 4400-02           Description  :  Construction of Embankment
                                                     with borrow material

Pay Item Unit  :  cum.

| Cost Element | | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment : | | | | |
| | Dumpers | | | 0.4625 | |
| | Water Tankers | | | 0.09 | |
| | Excavators | | | 0.25 | |
| | Dozer & Grader | | | 0.11 | |
| | Roller | | | 0.08 | |
| | Sub Total Equipment | | | 0.9925 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 1.608 | |
| | Lubricants (oil and grease) | | | 0.1785 | |
| | Sub Total Fuel / Lubricants | | | 1.7865 | |
| C | Labor | | | | |
| | Supervisor | | | 0.004 | |
| | Operators | | | 0.243 | |
| | Laborers | | | 0.15 | |
| | Sub-Total Labor | | | 0.397 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | 0.794 | |
| | Sub Total | | | 3.970 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit ) 5.40 | |

*Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.*

SISP (USAID) Southern Sudan                    Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimula Road – Package 1   0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.   P1 5100 - 03          Description  : Granular Base Course

Pay Item Unit  :  cum.

| | Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment | | | | |
| | Dumpers | | | 1.25 | |
| | Water Tankers | | | 0.42 | |
| | Excavators | | | 0.85 | |
| | Dozer, Grader & Rotavators | | | 1.1722 | |
| | Roller | | | 0.2788 | |
| | Sub Total Equipment | | | 3.971 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 6.4323 | |
| | Lubricants (oil and grease) | | | 0.7147 | |
| | Sub Total Fuel / Lubricants | | | 7.147 | |
| C | Labor | | | | |
| | Supervisor | | | 0.123 | |
| | Operators | | | 1.219 | |
| | Laborers | | | 0.246 | |
| | Sub-Total Labor | | | 1.5882 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | 3.1764 | |
| | Sub Total | | | 15.882 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit) 21.5 | |

*Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.*

For Urangee of Constructions Ltd.

SISP (USAID) Southern Sudan          Authorised Signatory          Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.    P1 5100 - 02              Description  : Granular Sub-Base

Pay Item Unit :  cum.

| | Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment | | | | |
| | Dumpers | | | 1.25 | |
| | Water Tankers | | | 0.42 | |
| | Excavators | | | 0.85 | |
| | Dozer, Grader & Rotavators | | | 0.8412 | |
| | Roller | | | 0.2788 | |
| | Sub Total Equipment | | | 3.64 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 5.896 | |
| | Lubricants (oil and grease) | | | 0.655 | |
| | Sub Total Fuel / Lubricants | | | 6.551 | |
| C | Labor | | | | |
| | Supervisor | | | 0.123 | |
| | Operators | | | 1.087 | |
| | Laborers | | | 0.246 | |
| | Sub-Total Labor | | | 1.456 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | 2.912 | |
| | Sub Total | | | 14.559 | |
| | $\alpha_1\beta$                     per line | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit) 19.8 | |

*Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.*

SISP (USAID) Southern Sudan              Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.:   P1 6100 - 01          Description  : Prime Coat

Pay Item Unit  :  Ltrs.

| | Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment | | | | |
| | Bitumen Sprayer | | | 0.01 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Sub Total Equipment | | | 0.01 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 0.03 | |
| | Lubricants (oil and grease) | | | 0.003 | |
| | Sub Total Fuel / Lubricants | | | 0.033 | |
| C | Labor | | | | |
| | Supervisor | | | | |
| | Operators | | | | |
| | Laborers | | | | |
| | Sub-Total Labor | | | | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | 1.013 | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | | |
| | Sub Total | | | 1.056 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit) | |

*Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.*

SISP (USAID) Southern Sudan          Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 – 55+000

Southern Sudan

Section IX
Section IX
Schedule 8

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.   P1 9500 - 01                Description  : Road Marking

Pay Item Unit :  sqm.

| Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|
| | | | USD/Unit | Total USD |
| **A** Equipment | | | | |
| Road Marking Machine | | | 1.12 | |
| Broomer | | | 0.2 | |
| | | | | |
| | | | | |
| | | | | |
| Sub Total Equipment | | | 1.32 | |
| **B** Fuel / Lubricants | | | | |
| Fuel (diesel or gasoline as appropriate) | | | 1.719 | |
| Lubricants (oil and grease) | | | 0.191 | |
| Sub-Total Fuel / Lubricants | | | 1.91 | |
| **C** Labor | | | | |
| Supervisor | | | 0.1 | |
| Operators | | | 0.1 | |
| Laborers | | | 0.238 | |
| Sub-Total Labor | | | 0.438 | |
| **D** Materials | | | | |
| Aggregate | | | | |
| Wastage (5%) | | | | |
| Hauling | | | | |
| Sub-Total Materials | | | 6.92 | |
| **E** Other (describe) – Escalation, contingent and incidentals. | | | | |
| Sub Total | | | 10.588 | |
| | | | Overhead (16%) | |
| | | | Profit (15%) | |
| | | | Bond (5%) | |
| | | | Total (per Unit) 14.4 | |

*aNB*

Note : The data and information presented above is provided only as an example of a price analysis
of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended
to pertain to the work required under the Contract.

SISP (USAID) Southern Sudan        Authorized....        Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 – 55+000

Southern Sudan

## DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.    PI 5100 - 01          Description   : Sub Grade

Pay Item Unit  :  cum.

| Cost Element | | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment | | | | |
| | Dumpers | | .. | 1.25 | |
| | Water Tankers | | | 0.42 | |
| | Excavators | | | 0.85 | |
| | Dozer & Grader | | | 0.51 | |
| | Roller | | | 0.2788 | |
| | Sub Total Equipment | | | 3.3088 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 5.360 | |
| | Lubricants (oil and grease) | | | 0.596 | |
| | Sub Total Fuel / Lubricants | | | 5.9557 | |
| C | Labor | | | | |
| | Supervisor | | | 0.123 | |
| | Operators | | | 0.955 | |
| | Laborers | | | 0.246 | |
| | Sub-Total Labor | | | 1.3235 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | 2.647 | |
| | Sub Total | | | 13.235 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit ) 18 | |

*Note : The data and information presented above is provided only as an example of a price an*
*of one unit Pay Item.  The rates, cost, the payment item and equipment noted herein are not int*
*to pertain to the work required under the Contract.*

SISP (USAID) Southern Sudan          Authorised Sig...          Detailed Price Analysis 3 of 3

Analysis 2 of 3

Juba – Nimule Road – Package 1   0+000 – 55+000        Section IX
                                                        Section IX
Southern Sudan                                          Schedule 8

### DETAILED PRICE ANALYSIS – PAY ITEMS

Pay Item No.   P1 4400-01        Description : Construction of Embankment
                                                with excavated material

Pay Item Unit :  cum.

| | Cost Element | Unit | Quantity | Cost | |
|---|---|---|---|---|---|
| | | | | USD/Unit | Total USD |
| A | Equipment | | | | |
| | Dumpers | | | 0.42 | |
| | Water Tankers | | | 0.09 | |
| | Excavators | | | 0.21 | |
| | Dozer & Grader | | | 0.11 | |
| | Roller | | | 0.08 | |
| | Sub Total Equipment | | | 0.91 | |
| B | Fuel / Lubricants | | | | |
| | Fuel (diesel or gasoline as appropriate) | | | 1.4742 | |
| | Lubricants (oil and grease) | | | 0.1638 | |
| | Sub Total Fuel / Lubricants | | | 1.638 | |
| C | Labor | | | | |
| | Supervisor | | | 0.004 | |
| | Operators | | | 0.21 | |
| | Laborers | | | 0.15 | |
| | Sub-Total Labor | | | 0.364 | |
| D | Materials | | | | |
| | Aggregate | | | | |
| | Wastage (5%) | | | | |
| | Hauling | | | | |
| | Sub-Total Materials | | | | |
| E | Other (describe) – Escalation, contingent and incidentals. | | | 0.728 | |
| | Sub Total | | | 3.64 | |
| | | | | Overhead (16%) | |
| | | | | Profit (15%) | |
| | | | | Bond (5%) | |
| | | | | Total (per Unit ) 4.95 | |

*Note : The data and information presented above is provided only as an example of a price analysis of one unit Pay Item. The rates, cost, the payment item and equipment noted herein are not intended to pertain to the work required under the Contract.*



23rd January 2009

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that M/s. Progressive Constructions Limited is a reputed company

We hereby state that we have read the IFB and we are willing and able to provide the required insurance coverage and limits specified in the Bidding Data, if the contract for the work namely "Construction of Juba – Nimule Road Package 1: Km. 0+000 to Km. 55+000" is awarded to the above Firm.

For India Insure Risk Management & Insurance Broking Services Pvt. Ltd.

Authorised Signatory

For Progressive Constructions Ltd.

Authorised Signatory

**INDIA INSURE RISK MANAGEMENT & INSURANCE BROKING SERVICES PVT. LTD.**
# 405, Archana Arcade, St. John's Road, Secunderabad - 500 025.
Tel : +91 40 2782 2930, 31, Fax : +91 40 2782 2933 www.indiainsure.com



**ANDHRA BANK**
**SULTAN BAZAR BRANCH**
HYDERABAD – 500 195
Phone No. 23468595 23468599 Fax
23468605

Lr.No. 0205/1/36/955                          Date: 04.02.2008

## CREDIT LINE CERTIFICATE

This is to state that to the best of our knowledge and information.
M/s Progressive Constructions Ltd., a constituent of our Bank is
having sanctioned credit facilities of Rs.5000.00 lakhs funded and
Rs. 185500.00 lakhs of non-funded limits from the banking system
under consortium arrangement.

It is clarified that this information is furnished without any risk and
responsibility on our part, in any respect whatsoever, more
particularly either as guarantor or otherwise.

This certificate is issued at the specific request of the customer M/s
Progressive Constructions Limited.

**(C.BALASUBRAHMANYAM)**
**ASSITANT GENERAL MANAGER**

For Progressive Constructions Ltd.

Authorised Signatory



**ANDHRA BANK**
**SULTAN BAZAR BRANCH**
HYDERABAD – 500 195
Phone No. 23468595 23468599 Fax
23468605

Lr.No. 0205/1/36/954                    Date: 04.02.2008

## SOLVENCY CERTIFICATE

This is to state that to the best of our knowledge and information
M/s Progressive Constructions Ltd., a constituent of our Bank is
respectable and can be treated as good upto a sum of
Rs.16,843.67 lakhs (Rupees Sixteen thousand eight hundred forty
three lakhs and sixty seven thousand only). This is as per the net
worth of the company as per the audited Balance Sheet as on
31.03.2007.

It is clarified that this information is furnished without any risk
and responsibility on our part, in any respect whatsoever, more
particularly either as guarantor or otherwise.

This certificate is issued at the specific request of the customer
M/s Progressive Constructions Limited.

(C.BALASUBRAHMANYAM)
ASSITANT GENERAL MANAGER
For Progressive
Authorised Signatory

# MINUTES OF MEETING, PRE-BID CONFERENCE, 08 JANUARY 2009

The Louis Berger Group, Inc
Contractor for USAID
Sudan Infrastructure Services Project

## MINUTES OF MEETING
## PRE-BID CONFERENCE

**Date:**       08 January 2009

**Project:**    Construction of Juba-Nimule Road

**Attendees:**
- LGB Staffs: Francisco Perez (Chief of Party), Romeo Acedilla (Engineering Design), Ken Pentecost (Security & Demining), Glenn Black (Contracts & Procument).

- Bidder's Representative: James Nutter (Civicon), Edward Muthuri (Spencon/Stirling), Arafat Saad (Spencon/Stirling), V. Bharath Kumar (GNCRB/DOTT), Jamesone Ohonya (GNCRB/DOTT), Hisham Ahmeel ( HPSIC), Adil Abraham Abdalla (HPSIC), Elamin Emayah (HPSIC), Ersa Adam ElHassan (Eyat), Kobie Njoroge (Eyat), Primus Wanga ( Eyat), S. Raveendranadh Tagore (PCL), Abraham Tadesse (ARGC/Homan)

**Meeting Purpose:**
- Pre-bid Conference

**Topics/Issues/Resolutions:**
- Meeting started at exactly 8:00AM at LBG Conference Room, LBG Field Office, Hai Cinema, Juba, South Sudan.

- Opening statement by Francisco stressing the need for bidders to comply the most salient aspects of tendering as follows:
  - Instruction to Bidder & Bidding Data
  - Gen. Conditions of Contract & COPA
  - Form of Bid and Appendix to Bid
  - Bid Evaluation
    - *Important Note: Unit prices should be written in words and figures and are the ones that will prevail in the evaluation than the total price.*
  - Awarding of Contracts

**Question & Answer:**

- Q1: In Bidding Data clause 1.1. & 21.2, shows alternative addresses of Employer.
  - The Louis Berger Group, Inc, 2445 M Street, NW, Washington DC and
  - The Louis Berger Group, SISP, Hai Cinema, Juba – South Sudan
- LBG's Answer: *Submittal of bids and bid opening will be at LBG, SISP, Hai Cinema, Juba, South Sudan at the time mentioned in Bidding Data. i.e. 1600H East African Time, 26th January 2009.*





- Q2: What is the ████████████ks and extent of this project/design?
- LBG's Answer: Only construction and no design.

- Q3: Confirm availability of land for the Employer/Contractor's Camp Sites and if it is Government Property – free of encumbrances?
- LBG's Answer: Yes, it is Government property and free of encumbrances.

- Q4: Confirm if the term Employer and Engineer is synonymous?
- LBG's Answer: Yes it is synonymous.

- Q5: Please confirm the duration of the Defect Liability?
- LBG's Answer: Defect Liability Period is 365 calendar days as specified in Appendix to Bid Sub-clause 49.1

- Q6: Soft copies of the Contractor's Bid is required, please confirm as to which section(s) of Tender Documents this applies.
- LBG's Answer: Following duly filled-out, signed and stamped documents must be submitted in soft copies:
    - ✓ Section VI – Form of Bid & Bid Security
    - ✓ Section VII – Preamble and BoQ.
    - ✓ Section VIII – Forms of Agreement & Bank Guarantee.
    - ✓ Section IX – Schedules of Supplementary Information

- Q7: Please elaborate about the procurement/payment of the prequalified Security Sub-Contractor.
- LBG's Answer: Contractors are going to procure and provide for their own security in accordance to Item 1900 of Tech Specs and Sub-clause 1(f) of Bidding Data. Though LBG will not interfere into contractor's choice of their security provider but strongly suggests that whoever are the successful bidders of the 3 sections will decide for only one Security Company to avoid future confusions and misunderstandings among security group. Security Services is a pay item in BoQ.

- Q8: Please confirm the measures put in place for demining, UXOs and/or removal of military caches and its impact to Tender Schedule and Danger to persons on site.
- LBG's Answer: Employer will take care of mine clearance ahead of time. And by the time successful bidders are mobilized; 15 kilometer stretch in each section is expected to be mine-cleared and mine-clearing will continue ahead of contractor's time frame.

- Q9: Please confirm the measures put in place for demining, UXOs and/or removal of military caches and its impact to Tender Schedule and Danger to persons on site.
- LBG's Answer: Employer will take care of mine clearance ahead of contractor's schedule. That by the time successful bidders are mobilized, minimum of 15 kilometer stretch in each section is expected to be mine-cleared. And will continue to do mine clearing till completion of the entire 192 kilometers (Total road length of the 3 Road Sections).

- Q10: Please confirm that Quarries and Borrow Pits are properties of the Government of South Sudan and without any encumbrances.
- LBG's Answer: Yes, borrow pits and quarries are owned by the Government of South Sudan and are free of any encumbrances.

- Q11: Considering the supply lines and border/customs crossings, please confirm client's support to contractor's procurement/mobilization of requisite resources (Equipment and Materials) exclusively to be used in the works.
- LBG's Answer: *Contractor to submit list of materials and equipments intended to be brought into Juba-Nimule Road. After which, LBG will 'certify' the list in writing and to be concurred by Customs office of the Govt. of South Sudan.*

- Q12: With regards to Series 3000 (Drains), the BoQ doesn't provide for payment of excavation of culverts offshoots (re-channelization) of culvert inlet and outlets, please clarify how these works shall be paid.
- LBG's Answer: *Unit price per meter length of drainage, i.e. both box and pipe culverts, is a lump sum price that includes among others; excavation, masonry wingwalls, head walls, apron and re- channelization of inlets and outlets all in accordance to the detailed design drawings.*

- Q13: In accordance to Gen. Cond. Of Contracts, Subclause 14.1, please confirm the use of Ms-Project 2000 or 2003 as it generates similar and/or better CPM, et al.
- LBG's Answer: *The scheduling program shall be Primavera ver 3.1 or later.*

- Q14: Clause 21.2, Submission of bid, please consider revising bidding date to same time of 14th February 2009.
- LBG's Answer: *Bidding date and time will remain as specified in the RFP, i.e. 26 January 2009 at 1600H, East African Time.*

- Q15: ITB Sub clause 1.2 specifies completion period of 548 days, a request that it be increase to 732 days.
- LBG's Answer: *Target completion period will remain as 548 Cal days.*

- Q16: Section IV, Bidding Data specified Bid Security of 3%, request is made to lower it to 1% of Total Bid Price.
- LBG's Answer: *Minimum Bid Security shall be 3%.*

- Q17: Sub Clause 10.1 and Section VI of Appendix to Bid, specifies "Performance Security of 10%", request that it be lowered to 5%.
- LBG's Answer: *Performance Security shall be 10%.*

- Q18: Clause 30.4 of Conditions of Contract, i.e. "if the bid, which results in the lowest Evaluated Bid Price, is seriously unbalanced or front loaded in relation to the Engineer's Estimate of the items of work...the Employer may require that the amount of the performance security set forth in ITB be increased". A request that the performance security must be fixed and not changeable.
- LBG's Answer: *The right of the Employer to request for increase in Performance Security will remain. Also Contractors are to submit unit price analysis for LBG's evaluation, front loading will surely be addressed and may happen but Employer has the right to reject any or all bids for whatever reason that may put the Employer in a disadvantage position. Also Employer has the right to accept bids but may require increase in performance security as the case may be.*





* Q21: Section IV - Sub-clause 60.5, Retention of 10% to be reduced to 5%.
* LBG's Answer: *No change. 10% retention will remain.*

* Q22: Request to increase Mobilization Advance to 30% instead of 5% as stated in Sub-clause 60.8.
* LBG's Answer: *The mobilization is not an advance; it is a pay item to be paid in tranches, i.e. 20%, 20%, 30% and 30%. This is to ensure that contractor will not encounter cash flow problems by waiting payments until mobilization is 100% complete. There is no limit to mobilization cost. The contractor is free to quote any cost (no limit) for this particular item provided that it is supported by cost analysis as required for Employer's review.*

* Q23: All basic materials like cement, steel, bitumen, etc. and equipment is to be imported outside host country and Contractor needs more amount for mobilization in the beginning of work. Paying of mobilization at the time of taking over is of no use for contractor. Request to remove restrictions for the release of mobilization in excess of 5%.
* LBG's Answer: *The provision stated in Tech Specs division 1800 will remain. Employer believed that cost of mobilization of up to 5% of the total amount less the provisional sums will suffice to cover significant cost of initial importation of construction materials and equipments. The reason for the Employer to pay the rest of mobilization later, i.e. at the time of taking over, is to avoid 'Front Loading' and for the contractor to proceed with construction the soonest possible and to accomplish portion of the work then submit 'payment certificates' of the work done instead.*

* Q24: Section VI, Appendix to Bid, Sub-clause 47.1; Amount of Liquidated Damages is US$ 20,000/calendar day. Request that it be lowered to $5,000/cal day and subject to maximum of 5%.
* LBG's Answer: *Liquidated Damages of US$20,000/day to maximum of 15% of Contract Price will remain.*

* Q25: Minimum Amount of Third Party Insurance, i.e. US$1.0Million/occurrence be reduced to US$25,000 per occurrence and limiting the number of occurrence to 10.
* LBG's Answer: *No change in Third Party Insurance. i.e. US$1.0Million/occurrence with unlimited number of occurrences.*

* Q26: There is no provision for price escalation in this contract.
* LBG's Answer: *Contractors are hereby urged to project probable price escalation considering that prices of fuel and other prime construction materials are going down vis a vis 4 months ago.*

* Q27: Request to reinstate clause 70.2 regarding Government Legislation. This is to ensure that contractor will be free of risk due to subsequent Government's Legislation.
* LBG's Answer: *The Government of Southern Sudan and the donor, i.e. USAID, have had their implementing guideline. Any subsequent government legislation that may have impact on this project will be referred to USAID for exemptions or otherwise.*

* Q28: Request that employer must assist contractor to get the visas and permits quickly and this shall be added in Section II – Part II, Sub-clause 16.5, of Conditions of Contract.
* LBG's Answer: *No change in Sub-clause 16.5 of Conditions of Contract. The Contractor will be fully responsible in obtaining visas and work permits.*

- Q29: As per Sub-clause [illegible], contractor can avail tax exemption, levies and duties in host country. Please mention the clear procedure for tax exemption.
- LBG's Answer: *Government of South Sudan will be the one to lay down the procedures for tax exemptions.*

- Q30: Request revisions of Section I, Instruction to Bidders, i.e. "All duties taxes and other levies payable by the Contractor under the Contract, or for any other cause, as of the date 28 days prior to the deadline for submission of bids, shall be 'exempted' in the rates...."
- LBG's Answer: *The original wordings will remain...the suggested word "exempted" is not acceptable, the specified wordings to remain, which should read "...shall be 'included'...*

- Q31: In Sub-clause 60.1, you have mentioned about time of payment and interest, i.e. "...Employer shall pay the amount certified in IPC, within 7 days after the date on which employer received the payment for such IPC from USAID. With this clause, contractor cannot know when they would get payments exactly for their work done...Is currency bill in US$?
- LBG's Answer: *LBG, though the employer for this project is also tied up with the donor of this project (USAID). The facilitation of IPCs is done by LBG in systematic way that all current contracts undertaken by LBG and is paid by USAID, its IPCs are getting paid without delay. Currency for this contract shall be in US$.*

- Q32: In section II of Bidding Data 1.C, "Earth Works shall incorporate road excavation and embankment fill with materials from road excavation and from borrow pits. Up to what lead shall be mentioned.
- LBG's Answer: *Item descriptions in the Bill of Quantities provides for the lead distances.*

- Q33: Subclause 16.4 – Not less than 50% of the contractor's labor shall be from Southern Sudan. Requesting that this be lowered to 25% as the level of skills is low in South Sudan.
- LBG's Answer: *Not less than 50% is the required.*

- Q34: Subclause 19.10 – "Failure to take corrective action to the satisfaction of the Engineer, within 2 weeks after such notification...withhold up to 10% of the approved amount due to the contractor for cumulative interim...". Request that the 10% to be withheld amount be reduced to 1%.
- LBG's Answer: *10% withholding amount will remain.*

- Q35: Clause 8.8 "...Arrangement of land for construction camps and plants is contractor's responsibility". Request that Employer to arrange with Government for land within the site for construction of camps and plants. You have not mentioned whether total land for road construction will be made available in the beginning of work or in installment.
- LBG's Answer: *Camp Sites are already designated and mine-cleared for all 3 sections. See also Q1. Total Land for road construction will be made available.*

- Q36: Sub-clause 21.4 – "There shall be no obligation for the insurances in Sub-clause 21.1 to include loss or damage caused by the risks under Sub-clause 20.4..."
- LBG's Answer: *These are exclusions and considered relative to with force majeure, the text will therefore remain the same.*

- Clause ... ... sion of financial assistance by USAID. Who will fund the compensation for the ....... incurred due to suspension of work?
- LBG's Answer: *Suspension of financial assistance by USAID will only happen during extreme event hence treatment of such would be similar to Force Majeure in accordance to Conditions of Contract.*

- Q38: In BoQ, a lot of quantity of rock excavation and huge quantity of aggregates are required. To produce the aggregate and to perform rock excavation, we have to use explosives. Employer has to assist Contractor in securing blasting license and in purchase of explosives.
- LBG's Answer: *Yes, Employer will assist.*

- Q39: Clause 63.1 – "Default of contractor 'then the employer may, after giving 14 days notice to the Contractor, enter upon the site and expel the Contractor there from without thereby voiding the contract or releasing the Contractor from any of his obligations or liabilities..." Request that Contractor be given opportunity to improve the progress and if he does not do for 4 months from the day of notice then maximum penalty is to be not more than 10%..."
- LBG's Answer: *No change is to be made in Clause 63.1.*

- Q40: Clause 8.5 – "The Contractor shall procure its own security as approved by the Employer..." Request that Government of South Sudan must undertake the responsibility of providing security to Contractor's establishments..."
- LBG's Answer: *Contractor shall procure its own security but requires* <u>approval</u> *from Employer as to Contractor's nominated security-provider prior to its mobilization. The Govt. of South Sudan is not by any means going to undertake Contractor's security arrangements.*

- Q41: Some clauses in Technical Specification referred to Govt. of Southern Sudan's Technical Specifications but it was not there in the LBG-FTP web server.
- LBG's Answer: *GoSS Techn Specification is available in the FTP since Dec 15, 2009 and it is also available in the CD that LBG has provided.*

- Q42: If 3% Cement stabilizer cannot give required result?
- LBG's Answer: *Contractor has to look for the right natural material proportions among the locally available materials to attain the required CBR values. Specs has set 3% cement content as maximum in order to avoid sub-base and base reaching amount of rigidity, which may result in cracking of wearing surface.*

- Q43: Are borrow pits already mine-cleared?
- LBG's Answer: *Yes, 100mx100m area of potential borrows pits are mine-cleared, if Contractor needs more area in excess of 100mx100m, same will be cleared by Employer as well.*
- Q44: In case of mine-related accident, is the Contractor supposed to cover insurance for it?
- LBG's Answer: Yes

- Q45: I think it is necessary for the Contractor to construct Access Road in the two sides of the Road. Will the Employer pay for this Access Road?

LBG's Answer: traffic will use "Road to construction Access Road "detour" during construction. Contractor are expected to proposed traffic management. Example: staggered pavement construction, to ensure that commuter traffic continuous to flow the entire stretch during construction. The cost of traffic management should be built-into the unit prices of BoQ items. But Contractor's Methodology shall describe traffic management in detail.

- Q46: Mandatory Sub-contracting of at least 15% of Contract. Please confirm if failure to do so will lead to disqualification?
- LBG's Answer: It is mandatory that 15% of contract shall be Sub-contracted to Local (South Sudanese) Contractor but failure to do so will not automatically disqualify but rather it will have impact during the evaluation.

- Q47: Please provide list of approved local contractors.
- LBG's Answer: Will be sent to all in few days.

- Q48: In division 2100 - Top Soils Stripping, please confirm fixed depth or if it is into any depth payment should be proportionate?
- LBG's Answer: The usual depth for Top Soils Stripping is about 25cm but it could less or more. Contractor will be paid by square meter area regardless of depth.

- Q49: In BoQ division 4600-1, Portland Cement for stabilization of Sub-base and base courses, cost to be included in sub-base and base course prices or paid elsewhere?
- LBG's Answer: Item 4600-1 is the total estimated quantity of Portland cement (in metric ton) needed to stabilize the sub-base and base-courses. There is no elsewhere.

- Q50: Is controlled blasting allowed for rock excavation in Package 1?
- LBG's Answer: No, any kind of blasting is not allowed in Package 1.

Other Issues:
1. The Contractors requested for a list of borrow pits. LBG will provide
2. Map of Juba-Nimule Road showing Borrow Pit locations and chainages. LBG has provided during the meeting.
3. Contractor's request for test results of Road Alignment Geotech Investigation. LBG to provide by email.

Meeting adjourned at exactly 9:30AM.

*auB*
*Axel B*

The Louis Berger
General Com
Sudan Juba Com

# ADDENDUM 1 TO BID DOCUMENT, 01 JANUARY 2009



The Louis Berger Group, Inc.
Contractor for USAID
Sudan Infrastructure Services Project

Date:       1 January 2009

To:         All Prospective Bidders

Reference:  Bid Document for Construction of the Juba-Nimule Road in Southern Sudan

Subject:    Addendum No. 1

Volume II (2 of 2) covering page and all other pages in same Volume II, inscription "THESE DRAWINGS ARE INDICATIVE SUBJECT TO REVISION BY THE D/B CONTRACTOR" must be deleted. Also, on covering page, and in any other page in same Volume II (2 of 2), the inscription "PRELIMINARY DESIGN" must be deleted.

These modifications in Volume II (2 of 2) are made as Final Design is complete.

Please be guided accordingly.

Sincerely,

for The Louis Berger Group, Inc.:

Francisco Perez
Chief of Party, act.
Sudan Infrastructure Services Project
AFEX River Camp, Juba, Sudan
E-mail: fperez@louisberger.com



