# MARC

**ATTORNEYS AT LAW**

A PROFESSIONAL CORPORATION

McCUSKER · ANSELMI
ROSEN · CARVELLI
210 Park Avenue, Suite 301, PO Box 240
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

ANDREW E. ANSELMI
*Director*
Direct: 973.457.0116
Fax: 973.457.0275
aanselmi@marc-law.com

May 19, 2011

### *Via Facsimile Only*

Hon. Victor Marrero, U.S.D.J.
United States Courthouse
Chambers Suite 660
500 Pearl St.
New York, NY 10007-1312

> **Re:   The Louis Berger Group, Inc. v. State Bank of India**
> **Docket No.: 1:11-CV-00410-VN**

Dear Judge Marrero:

This office, along with J. Clark & Associates, is counsel to Plaintiff The Louis Berger Group, Inc. ("Louis Berger") with respect to the above-captioned matter. Currently, your records list John E. Clark of John Clark & Associates as lead counsel in addition to Paul G. McCusker and me being listed as counsel. Mr. McCusker of this office was initially listed as counsel to Louis Berger and has to date received all notices of electronic filing.

On March 14, 2011, I filed a motion to be admitted *pro hac vice* in this matter (electronically filed document no. 16 and attached hereto as Exhibit A) for which an order was granted on March 21, 2011 (electronically filed document no. 18 and attached hereto as Exhibit B). I also now have the ability to electronically file.

We electronically filed a letter addressed to the Order & Judgments Clerk on April 7, 2011 (electronically filed document no 27 and attached hereto as Exhibit C) requesting an update of the Court's records, but on Tuesday, May 17, 2011 our office was advised by the docketing supervisor to send this letter via facsimile directly to Your Honor's chambers.

Accordingly, we respectfully request consideration of a consent order to update your counsel records to reflect the removal of Paul McCusker as lead counsel to Louis Berger and for purposes of electronic notification of all case activity. In addition, all notices of electronic filing should be sent to: jclark@jclarkassociates.com and aanselmi@marc-law.com.

---

Hon. Victor Marrero, U.S.D.J.
Page 2

May 19, 2011

Thank you for your attention.  Please contact me if you have any questions or comments.

Respectfully submitted,

s/

Andrew E. Anselmi

AEA/cmm
Enclosures
cc:     Paul G. McCusker, Esq.

Request GRANTED. The Clerk of
Court is directed to remove Attorney
Paul McCusker as lead counsel
for plaintiff as set forth
above.

SO ORDERED:
5-26-11
DATE                VICTOR MARRERO, U.S.D.J.