UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE LOUIS BERGER GROUP, INC.,
                Plaintiff,

-v-

STATE BANK OF INDIA,
                Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 0 6 2012

11 Civ. 00410 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference is scheduled in this matter for September 12, 2012, at 3:00 pm.

    SO ORDERED.

Dated: September 6, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge