# ZETLIN & DE CHIARA LLP
Counselors at Law

September 11, 2012

**By E-Mail Only**

Hon. Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
NathanNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2012

Re: **The Louis Berger Group, Inc. v. State Bank of India**
**Docket No. 1:11-cv-00410-AJN**

Dear Judge Nathan:

As counsel to Plaintiff, The Louis Berger Group, Inc. ("LBG"), in the above-referenced matter, we write to advise the Court of developments since last week's exchange of correspondence. Defendant, State Bank of India (the "Bank"), has effected payment to LBG under the letter of credit that is the subject of this litigation, thereby resolving this dispute. Accordingly, LBG will today be electronically filing a Notice of Voluntary Dismissal ("Notice") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as no party has served an answer (the proposed pleading accompanying Progressive Construction Limited's motion to intervene having never been signed or filed with the Court) or motion for summary judgment. A copy of the Notice is enclosed herewith.

Given the foregoing, we respectfully submit that there is no need to burden Your Honor to conduct tomorrow's scheduled conference (set by Order dated September 6, 2012) and request that the Court direct its cancellation in conjunction with the voluntary dismissal of the case. We have spoken with the Bank's counsel, Mr. Rabinowitz, who expressed his consent to the foregoing.

*So Ordered.*

We appreciate the Court's consideration.

SO ORDERED: 9/11/12
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

James J. Terry, Esq.

Encl.

cc: David M. Rabinowitz, Esq. (*via e-mail, w/ encl.*)
Douglas A. Cooper, Esq. (*via e-mail, w/ encl.*)
Jonathan C. Sullivan, Esq. (*via e-mail, w/ encl.*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE LOUIS BERGER GROUP, INC.,

          Plaintiff,

-vs.-

STATE BANK OF INDIA,

          Defendant,

PROGRESSIVE CONSTRUCTIONS, LTD.,

          Intervenor.
------------------------------------------------------------X

1:11-cv-00410 (AJN)

**NOTICE OF VOLUNTARY DISMISSAL**

      **PLEASE TAKE NOTICE** that the Plaintiff, by its undersigned attorneys, hereby gives notice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the voluntary dismissal of the above entitled action with prejudice, no answer or motion for summary judgment having been served or filed by either defendant herein.

Dated: New York, New York
       September 11, 2012

                                              **ZETLIN & DE CHIARA LLP**

                                              By: _____
                                                  James J. Terry, Esq. (JJT-6414)
                                                  *Attorneys for Plaintiff,*
                                                   The Louis Berger Group, Inc.
                                                   801 Second Avenue
                                                   New York, New York 10017
                                                   (212) 682-6800
                                                   jterry@zdlaw.com

TO:    David Rabinowitz, Esq.
          Moses & Singer LLP
          *Attorneys for Defendant*
          *State Bank of India*
          405 Lexington Avenue
          New York, NY 10174-1299
          (212) 554-7400
          drabinowitz@mosessinger.com

2287425

Douglas Cooper, Esq.
Jonathan Sullivan, Esq.
Ruskin Moscou Faltischek, P.C.
*Attorneys for Intervenor*
*Progressive Constructions Limited*
1425 RXR Plaza
15th Floor
Uniondale, NY 11556
(516) 663-6600
dcooper@rmfpc.com
jsullivan@rmfpc.com



RE: The Louis Berger Group, Inc. v. State Bank of India (Docket No. 1:11-cv-00410-AJN) (Plaintiff's Reply Letter in Support of Request to Lift Stay of Action)
David Rabinowitz
to:
'James J. Terry, Esq.', NathanNYSDChambers@nysd.uscourts.gov
09/11/2012 01:33 PM
Cc:
"Michael S. Zetlin, Esq.", 'JONATHAN SULLIVAN' , 'DOUGLAS COOPER'
Hide Details
From: David Rabinowitz <DRabinowitz@MOSESSINGER.COM>

To: "'James J. Terry, Esq.'" <JTerry@ZDLAW.com>, "NathanNYSDChambers@nysd.uscourts.gov" <NathanNYSDChambers@nysd.uscourts.gov>

Cc: "Michael S. Zetlin, Esq." <MZetlin@ZDLAW.com>, 'JONATHAN SULLIVAN' <jsullivan@rmfpc.com>, 'DOUGLAS COOPER' <dcooper@rmfpc.com>

Dear Judge Nathan,

This email hereby confirms that defendant, State Bank of India, consents to plaintiff's voluntary dismissal of this case.

Respectfully,

David Rabinowitz

**MOSES & SINGER LLP**
COUNSELORS AT LAW

| website | vCard | bio | map | email |

**DAVID RABINOWITZ | 212.554.7815**
The Chrysler Building | 405 Lexington Avenue | New York, NY 10174-1299
Tel 212.554.7800 | Fax 212.554.7700

MSI Global Alliance is an international alliance of independent legal and accounting firms, with over 250 member firms in 100 countries.



---

**From:** Rachel Yick [mailto:ryick@ZDLAW.com] **On Behalf Of** James J. Terry, Esq.
**Sent:** Tuesday, September 11, 2012 1:15 PM
**To:** NathanNYSDChambers@nysd.uscourts.gov
**Cc:** Michael S. Zetlin, Esq.; David Rabinowitz; 'JONATHAN SULLIVAN'; 'DOUGLAS COOPER'
**Subject:** The Louis Berger Group, Inc. v. State Bank of India (Docket No. 1:11-cv-00410-AJN) (Plaintiff's Reply Letter in Support of Request to Lift Stay of Action)

Dear Judge Nathan:

The attached letter and Notice of Voluntary Dismissal is respectfully submitted in behalf of Plaintiff, The Louis Berger Group, Inc..

Respectfully yours,

James J. Terry, Esq.
Zetlin & De Chiara LLP
801 Second Avenue
New York, New York   10017
212 682 6800 Phone
212 682 6861 Facsimile

www.zdlaw.com
jterry@zdlaw.com



Rachel Yick
**Zetlin & De Chiara LLP**
801 2nd Avenue
New York, NY 10017
tel:  212.682.6800
fax: 212.682.6861

JTerry@ZDLAW.com
http://www.zdlaw.com/

This electronic transmission may contain confidential, proprietary or legally privileged
information.  No confidentiality or privilege is lost or waived by mistransmission.  If
you receive this message in error, please notify the sender by return E-mail immediately
and delete this message from your system.  Disclosure, use, distribution or copying this
message, any attachments thereto or their contents is strictly prohibited.  Thank you.
Zetlin & DeChiara LLP

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
****************************************************************************
This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not printout, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.